

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

FILED

OCT 0 4 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

The Residence Located at 118 Mason Ave, Rocky Top, TN 37769 and a Black Chevrolet SUV Bearing TN Tag No. BPS-5815 Registered to Michael Potter, 118 Mason Ave, Rocky Top, TN 37769

)
)
)
)
)
)

Case No. 3:23-MJ-2172

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Tennessee _____
*(identify the person or describe the property to be searched and give its location)*:

The Residence Located at 118 Mason Ave, Rocky Top, TN 37769 and a Black Chevrolet SUV Bearing TN Tag No. BPS-5815 Registered to Michael Potter, 118 Mason Ave, Rocky Top, TN 37769 (See, Attachment A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B which is attached hereto and fully incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 5, 2023 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Jill E. McCook _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  9/22/23 9:54AM

*Judge's signature*

City and state:    Knoxville, Tennessee

Hon. Jill E. McCook, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>3:23-MJ- 2172 | Date and time warrant executed:<br>10-4-23 x 0830 | Copy of warrant and inventory left with:<br>Mike Porter |

Inventory made in the presence of :
MIKE PORTER / SHANNON MORRIS K.P.D.

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED CONFISCATION

TE

FILED

OCT 0 4 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

TE

TE

TE

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-4-23

_Thomas Evans_
Executing officer's signature

THOMAS EVANS / DETECTIVE
Printed name and title

## ATTACHMENT A

### DESCRIPTION OF PREMISES AND VEHICLE TO BE SEARCHED

Premises:

The residence is located at 118 Mason Ave. Rocky Top, TN 37769 in the Eastern District of Tennessee. The residence is a one-story house with beige siding and a green roof. Shutters on the windows are green in color as well as the front door. The residence has a front porch with wooden lattice. The mailbox is silver in color with the numbers "118" on the side. A green placard is in front of the house near the driveway. The mailbox post has the numbers 118 on the green placard.

Physical Description of Premises:

Construction Type: The residence in a one-story house with beige siding and a green roof. Shutters on the windows are green in color as well as the front door. The residence has a front porch with wooden lattice. A tile of light-colored mortar located on the front of the house shows the address of 118 Mason Ave, Rocky Top, TN 37769.

Vehicle:

Black Chevrolet SUV TN tag BPS-5815 registered to Michael Potter at 118 Mason Ave, Rocky Top, TN 37769 located at the above stated premises at time of the execution of the search warrant.



# ATTACHMENT B

**Below is a list of items to be searched and seized from the premises and vehicle described in ATTACHMENT A:**

1.  Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), monitors and or televisions, flatbed scanners and data where instrumentalities of and will contain evidence related to this crime. The following definitions apply to the terms as set out in this affidavit:

(a) <u>Computer Hardware</u>:

Computer hardware consists of all equipment, which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as thumb drives, CD-ROMs, external hard drives, media cards (SD, Compact Flash, micro SD, memory stick), smart phones, computer game consoles (Sony PlayStation, Xbox), tablets, iPods or iPads, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printers, video display monitors, and related communication devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

(b) <u>Computer Software</u>:

Computer software is digital information, which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

(c) Documentation:

Computer-related documentation consists of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use computer hardware, software, or other related items.

(d) Passwords and Data Security Devices:

Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

2.       Any and all notes, documents, records, or correspondence pertaining to child pornography as defined under Title 18, United States Code, Section 2256 (8).

3.       Any and all correspondence identifying persons transmitting, through interstate commerce including the United States mail or computers, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

4.       Any and all address books, names, and lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

5.      Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

6.      Child pornography in any form.